# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:00-CR-00019-HDM-LRL |
| Plaintiff, | **Order Granting Motion to Dismiss the Indictment Without Prejudice and Quash Arrest Warrant** |
| v. | |
| VICTORIANO QUEZADA SANCHEZ, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment and quashes the Arrest Warrant against Defendant VICTORIANO QUEZADA SANCHEZ.

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ *Susan Cushman*
SUSAN CUSHMAN
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this  15th  day of  February , 2022.

UNITED STATES DISTRICT JUDGE